**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Digna Jackeline Ramos,<br>   aka Digna J. Ramos,<br>   aka Digna J. Ramos Contreras<br>                              Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-16120 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-6, Mortgage-Backed Notes, Series 2017-6 and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/ Matteo S. Weiner, Esquire**
                    Matteo S. Weiner, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322 FAX (215) 627-7734