**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                              :
    Digna Jackeline Ramos,,            :          Chapter 13
                                                    :          Bankruptcy No.  16-16120 elf
        Debtor(s)            :

## CHAPTER 13 DEBTORS CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

 X    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

 __   I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address:_____

My current employer and my employer's address: _____

_____  _____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

 X    I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependant of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1) and (2) that exceeds $155,67 in value in the aggregate.

 __   I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependant of mine uses as a residence, claims as a homestead or acquired as a burial plot, as specified in §522(p)(1) and (2) that exceeds $155,676 in value in the aggregate

*Part IV.  Debtor's signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated: October 24, 2019                                         s/Digna Jackeline Ramos
                                                                Digna Jackeline Ramos