United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-16120-elf
Digna Jackeline Ramos                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: JEGilmore        Page 1 of 2        Date Rcvd: Nov 15, 2019
                           Form ID: 138NEW         Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db            +Digna Jackeline Ramos,   820 E. Turner Street,   Allentown, PA 18109-2121
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13823496       Capital One NA,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13876671      +David S. Gellert, Esquire,   1244 Hamilton Street,   Suite 204,   Allentown, PA 18102-4699
13784265      +ERT Collections,   1609 Fair Oaks Avenue,   South Pasadena, CA 91030-4736
13784266      +George N. Ramos,   820 E. Turner Street,   Allentown, PA 18109-2121
13784269      +Home Depot Credit Services,   P.O. Box 790345,   Saint Louis, MO 63179-0345
13806492      +Household Finance Consumer Discount Company,   c/o HSBC Mortgage Services, Inc.,
               P.O. Box 21188,   Number Streetagan, Minnesota 55121-0188
13784273      +Macy's,   P.O. Box 8218,   Mason, OH 45040-8218
13993135      +Select Portfolio Servicing,   as Servicer for U.S. Bank NA...,   c/o KML Law Group, P.C.,
               701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13988139      +U.S. Bank National Association, as inde,   Serviced by Select Portfolio Servicing,,
               3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 04:04:50
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2019 04:05:32     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:56     Synchrony Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13796012       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 16 2019 04:05:19
               American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
               Irving, TX 75016-8088,   866-716-6441
13837327       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2019 04:07:43
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
13784263      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:30     American Signature/Synchrony Bank,
               P.O. Box 965036,   Orlando, FL 32896-5036
13820745      +E-mail/Text: bankruptcy@cavps.com Nov 16 2019 04:05:26     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13784264      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 16 2019 04:04:22     Comenity - Ann Taylor,
               P.O. Box 659569,   San Antonio, TX 78265-9569
13841491       E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 04:04:26
               Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA  98083-0657
13784271      +E-mail/Text: bncnotices@becket-lee.com Nov 16 2019 04:04:10     Kohl's,   P.O. Box  3043,
               Milwaukee, WI 53201-3043
13784272      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:56     Lowe's,   P.O. Box 981064,
               El Paso, TX 79998-1064
13829544      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2019 04:05:08     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
13784274      +E-mail/PDF: cbp@onemainfinancial.com Nov 16 2019 04:07:54     One Main  Financial,
               P.O. Box 6042,   Sioux Falls, SD 57117-6042
13814884      +E-mail/PDF: cbp@onemainfinancial.com Nov 16 2019 04:07:05     Onemain,   605 Munn Road,
               FT Mill, SC 29715-8421
13850808       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 04:19:01
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13784275      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:55     QCard/Synchrony Bank,
               P.O. Box 530905,   Atlanta, GA 30353-0905
13784276      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:06     QVC/Synchrony Bank,
               P.O. Box 965020,   Orlando, FL 32896-5020
13821219       E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 04:04:26
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13787296       E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2019 04:07:11
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13784277      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:56     Synchrolny Bank - HHgregg,
               P.O. Box 960061,   Orlando, FL 32896-0061
13784278      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:06     Synchrony Bank,   P.O. Box 965020,
               Orlando, FL 32896-5020
13784279      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:04     Synchrony Bank - Evine  Live,
               P.O. Box 960009,   Orlando, FL 32896-0009
13784280      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:30     Synchrony Bank/JCP,
               P.O. Box 9600980,   Orlando, FL 32896-0001

```
District/off: 0313-4          User: JEGilmore        Page 2 of 2           Date Rcvd: Nov 15, 2019
                             Form ID: 138NEW         Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13784281        +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:30     TJ Max,   Synchrony Bnak,
                 P.O. .Box 965060,   Orlando, FL 32896-5060
13784282        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 16 2019 04:03:30
                 Verizon Wireless,   P.O. Box 26055,   Minneapolis, MN 55426-0055
                                                                              TOTAL: 25
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Select Portfolio Servicing,   as Servicer for U.S. Bank NA...
13784270*      ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: Honda Financial Services,   P.O. Box 65507,   Wilmington, DE 19808)
13784267*      +George N. Ramos,   820 E. Turner Street,   Allentown, PA 18109-2121
cr             ##+SELECT PORTFOLIO SERVICING, INC.,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13784268       ##+HFC,   P.O. Box 1231,   Brandon, FL 33509-1231
                                                                  TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
```
         DAVID S. GELLERT    on behalf of Debtor Digna Jackeline Ramos dsgatn@rcn.com,
          r46641@notify.bestcase.com
         KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
          for the holders of the CIM Trust 2017-6, Mortgage-Backed Notes, Series 2017-6
          bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER    on behalf of Creditor   Select Portfolio Servicing bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
          for the holders of the CIM Trust 2017-6, Mortgage-Backed Notes, Series 2017-6
          bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                  TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Digna Jackeline Ramos

        Debtor(s)

Bankruptcy No: 16–16120–elf

Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

400 Washington Street
Suite 300
Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 11/15/19

35 – 34
Form 138_new